UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-11803-RGS

DUSTIN LIANG, through and by his
father Thomas Liang

v.

ERIK ALLEBEST, ANDREW P. HOY,
JON HASKEL, CHESS.COM,
US CHESS FEDERATION aka USCF, and
MASSACHUSETTS CHESS ASSOCIATION aka
MACA

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

September 26, 2023

STEARNS, D.J.

I agree with Magistrate Judge Levenson's conclusion that the court lacks subject-matter jurisdiction to entertain plaintiff's claims. Moreover, Thomas Liang is not permitted to represent his son *pro se* in this matter. Accordingly, the Recommendation is <u>ADOPTED</u>, and the Petition is <u>DISMISSED</u> without prejudice.[1] The Clerk will enter judgment for the

---

[1] To date, no objection has been filed by Dustin or Thomas Liang.

defendant with prejudice and close the case.[2]

                              SO ORDERED.

                              /s/ Richard G. Stearns
                              UNITED STATES DISTRICT JUDGE

---

[2] Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 of the court's Order dismissing his petition is also <u>DENIED</u>, the court seeing no meritorious or substantial basis for an appeal.